UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERNEST CALVINO JR.,

                Plaintiff,

-against-

TAYLOR SWIFT,

                Defendant.

20-CV-0652 (CM)

CIVIL JUDGMENT

Pursuant to the order issued January 27, 2020, dismissing this action,

IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed under 28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: January 27, 2020
         New York, New York

                                            COLLEEN McMAHON
                                     Chief United States District Judge